| |[pic] | |
| |Court of Appeals | |
| |First District of Texas | |
| |301 Fannin Street | |
| |Houston, Texas 77002-2066 | |
|Sherry Radack | |Christopher A. |
|Chief Justice | |Prine |
| | |Clerk of the Court |
|Terry Jennings | | |
|Evelyn Keyes | |Janet Williams |
|Laura Carter | |Chief Staff |
|Higley | |Attorney |
|Jane Bland | | |
|Michael Massengale| |Phone: |
|Harvey Brown | |713-274-2700 |
|Rebeca Huddle | |Fax: |
|Russell Lloyd | |713-755-8131 |
|Justices | | |
| | |www.txcourts.gov/1s|
| | |tcoa.aspx |

 December 16, 2015

Brazoria County District Clerk's Office
Brazoria County District Clerk
111 E. Locust St., Ste 500
Angleton, TX 77515
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Numbers: 01-15-00709-CR; 01-15-00710-CR and 01-15-
 00711-CR
 Trial Court Case Number: 74428, 74429 and 74430

Style: Robert James Martin III v. The State of Texas

Attn: Exhibit Clerk- Kathleen McDougald

 Pursuant to (the trial court’s/this Court’s) November 30, 2015 order,
 Exhibits 2, 3 and 8 were ordered filed for our review.

 Pursuant to 1997 Supreme Court Order B.4, Exhibits 2, 3 and 8 are
being returned to the District Clerk’s Office.

 Sincerely,

 [pic]
 Christopher A. Prine, Clerk of
 the Court

 By Ora Patterson, Deputy Clerk

** PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS. **

Received by: Date:

| | |

|cc: |Court Reporter 149th District Court (DELIVERED VIA E-MAIL) |
| |Judge 149th District Court (DELIVERED VIA E-MAIL) |
| |Robin Rios (DELIVERED VIA E-MAIL) |
| |David P. Bosserman (DELIVERED VIA E-MAIL) |
| |David Michael Ryan (DELIVERED VIA E-MAIL) |